DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/17/2026

# PICK & ZABICKI LLP

### ATTORNEYS AT LAW

369 Lexington Avenue, 12th Floor
New York, New York 10017

Douglas J. Pick
Eric C. Zabicki

Telephone: (212) 695-6000
Facsimile: (212) 695-6007
E-mail: DPick@picklaw.net

May 15, 2026

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *David Moche - 26-cv-02841 (ALC)*

Dear Judge Carter:

My office is counsel to the Chapter 11 Debtor, David Moche, the Appellant in the above-captioned bankruptcy appeal.

At Appellant's request, Appellee Nancy Moche has consented to an extension of Appellant's time to file its opening brief from May 21, 2026 to June 18, 2026. The extension will allow the parties to determine if the dispute can be settled. The parties respectfully request that the foregoing be So-Ordered by the Court.

Thank you for Your Honor's attention to this matter.

Respectfully,

/s/Douglas J. Pick

Douglas J. Pick

cc:   Alex Tsionis, Esq. (via ECF)

The parties' request is GRANTED. Appellant shall file its opening brief by July 17, 2026.

SO ORDERED:

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

June 17, 2026