**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| **SELIM DAVID MOCHE,** <br> **Appellant,** <br> **-against-** <br> **NANCY WOLFSON MOCHE,** <br> **Appellee.** | **1:26-cv-2841** <br> **<u>ORDER TERMINATING CASE</u>** |

---

**ANDREW L. CARTER, JR., United States District Judge:**

Appellant has notified the Court that the underlying case has been dismissed, and Appellant has withdrawn has appeal. Accordingly, this case is terminated. The Clerk of Court is respectfully requested to close the case.

**SO ORDERED.**

**Dated:** October 1, 2026
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**